JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

ROY J. TERESI,                              )   NO. ED CV 08-0526 FMO
                                            )
          Plaintiff,              )
                                            )
          v.                      )   **JUDGMENT**
                                            )
MICHAEL J. ASTRUE,                          )
COMMISSIONER OF SOCIAL                      )
SECURITY ADMINISTRATION,                    )
                                            )
          Defendant.              )
_____ )

      Pursuant to the Stipulation to Voluntary Remand Pursuant to Sentence 4 of 42 U.S.C. § 405(g) ("Stipulation of Remand"), **IT IS ADJUDGED** that the decision of the Commissioner of the Social Security Administration is remanded, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings consistent with the Stipulation of Remand.

Dated this 4th day of December, 2008.


                                            /s/
                                  Fernando M. Olguin
                         United States Magistrate Judge